| | |
|---|---|
| **PINNOCK & WAKEFIELD** | |
| Theodore A. Pinnock, Esq. | Bar #: 153434 |
| David C. Wakefield, Esq. | Bar #: 185736 |
| Michelle L. Wakefield, Esq. | Bar #: 200424 |

3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

FILED
2006 DEC 15 PM 2:57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual,<br><br>Plaintiffs,<br>v.<br><br>ELSA'S DELI; BYUNGK LEE d.b.a. ELSA'S MINI MART; DINH THANH d.b.a. TAMI'S NAILS; TAMI'S NAILS; HECTOR BEJARNO HAIR STUDIO; BARBARA J. M & WINSTON E A MATHEWS; And DOES 1 THROUGH 10, Inclusive<br><br>Defendants. | Case No.: 06cv1638 WQH LSP<br><br>[PROPOSED] ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ONLY DEFENDANT BARBARA J. M & WINSTON E A MATHEWS WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal by Plaintiffs ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual, via their attorney of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that ONLY Defendant BARBARA J. M & WINSTON E A MATHEWS is dismissed with prejudice from Plaintiffs' Complaint,

CASE NUMBER: 06cv1638 WQH LSP

Case Number: 06cv1638 WQH (LSP). This dismissal with prejudice of ONLY Defendant BARBARA J. M & WINSTON E A MATHEWS shall not affect the continuing litigation of this matter against the remaining Defendants.

**IT IS SO ORDERED.**

Dated: 12/15/06

HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT JUDGE